UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NONJUDICIAL FORFEITURE PROCEEDING ) ) ) | MBD No. 17-mc-91222-LTS |

**NOTICE TO THE COURT REGARDING RELATED CASE**

The United States of America, by and through its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully provides Notice to the Court of a related case, 3:18-cv-30015, filed in this District on January 26, 2018.  The United States respectfully requests the instant case be closed and that all further litigation take place in the newly filed civil action.  In support of this Notice, the United States provides as follows:

On January 26, 2018, prior to the expiration of the Court's most recent extension Order (Docket No. 8), the government filed civil action number 3:18-cv-30015, an action for forfeiture, *in rem*, of $793,580, an Audi A6 and a Ducati Motorcycle.  In the civil forfeiture action, the United States alleged that the property is subject to forfeiture pursuant to 21 U.S.C. § 881 and 18 U.S.C. § 982(a)(1), as drug proceeds and property involved in money laundering.[1]  The United States also requested the Court enter a Warrant and Monition and is awaiting a ruling.

Because the deadline to file a civil action or seek the return of an indictment has been satisfied for some of the property, and because the United States intends to return the property that was the subject of this Court's previous Orders but not the subject of the new civil action, the United States does not anticipate any further litigation in the instant action.

---

[1] The government did not include $5,679 or the luxury watches (previously referenced in this case) in the civil forfeiture action and has requested the Drug Enforcement Administration start the process to return these items to the claimant.

WHEREFORE, the United States respectfully requests the instant action be closed.

                                                      Respectfully submitted,

                                                      ANDREW E. LELLING,
                                                    United States Attorney,

                                    By:    */s/ David G. Lazarus*
                                                    DAVID G. LAZARUS – BBO# 624907
                                                    Assistant United States Attorney
                                                    1 Courthouse Way, Suite 9200
                                                    Boston, MA 02210
                                                    (617) 748-3100
Dated: January 31, 2018                   david.lazarus2@usdoj.gov